**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MATTHEW M. HAVILI, ESQ.
Nevada Bar No. 15562
6605 Grand Montecito Pkwy.
Suite 200
Las Vegas, NV 89149
(702) 384-7000
*Attorneys for Holiday Motor Coach, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FIDELE NTIHABOSE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HOLIDAY MOTOR COACH, LLC, a Foreign Limited Liability Company; STEVE SOMMER; DOES II-X; and ROE Corporations I-X, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-00593-JAD BNW<br><br>ECF No. 30 |

**<u>STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE</u>**

Defendants, HOLIDAY MOTOR COACH, LLC and STEVEN SOMMER (collectively, "Defendants"), by and through their counsel of record, KURT R. BONDS, ESQ. and MATTHEW M. HAVILI, ESQ., of the law firm of Alverson Taylor & Sanders, and Plaintiff, FIDELE NTIHABOSE ("Plaintiff"), by and through his counsel of record, PETER M. ANGULO, ESQ., of Angulo Law Group, and hereby stipulate and agree to the dismissal with prejudice of all Plaintiff's claims in this matter against Defendants, with each of the parties to pay their own attorneys' fees and costs;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that Plaintiff's Complaint is dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorney fees and costs incurred in this action.

**IT IS SO STIPULATED**.

| | |
|---|---|
| ANGULO LAW GROUP, LLC | ALVERSON TAYLOR & SANDERS |
| */s/ Peter M. Angulo* | */s/ Kurt R. Bonds* |
| PETER M. ANGULO, ESQ. | KURT R. BONDS, ESQ. |
| Nevada Bar No. 3672 | Nevada Bar No. 6228 |
| 5545 S. Mountain Vista Street, Suite F | MATTHEW M. HAVILI, ESQ. |
| Las Vegas, Nevada 89120 | Nevada Bar No. 15562 |
| Attorneys for Plaintiff | 6605 Grand Montecito Pkwy., Suite 200 |
| | Las Vegas, Nevada 89149 |
| | Attorneys for Defendant |

## ORDER

Based on the parties' stipulation [ECF No. 30] and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE
February 14, 2023

Respectfully submitted by:

**ALVERSON TAYLOR & SANDERS**

*/s/ Kurt R. Bonds*
_____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MATTHEW M. HAVILI, ESQ.
Nevada Bar No. 15562
6605 Grand Montecito Parkway, Ste 200
Las Vegas, Nevada 89149
*Attorneys for Defendants*

N:\CLIENTS\27000\27033\pleading\SAO Dismissal.doc